UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HENRY FRANK HALL                                   PLAINTIFF

VS.                                         NO.: 3:14CV046-DMB-SAA

LIBERTY MUTUAL GROUP, INC., ET AL                  DEFENDANTS

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties to this action and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this their stipulation of dismissal with prejudice of the above styled and numbered cause by reason of final settlement of all issues between them.

Respectfully Submitted,

FERRELL & MARTIN, P.A.
Post Office Box 146
Booneville, MS 38829
Telephone: (662) 728-5361
Facsimile: (662) 728-5062
MS Bar No. 5181

BY: _____
JOHN A. FERRELL
Attorney for Plantiff

McAngus, Goudelock & Courie, LLC
317 Heritage Drive, Ste 3
Oxford, MS 38655-5507
Telephone: (662)281-7871
MS Bar No. 100513

BY: _____
JAY ATKINS
Attorney for Defendant