**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**HENRY FRANK HALL**                                                                         **PLAINTIFF**

**V.**                                                  **NO. 3:14-CV-00046-DMB-SAA**

**LIBERTY MUTUAL GROUP, INC; THE**
**OHIO CASUALTY INSURANCE**
**COMPANY; MONTGOMERY**
**INSURANCE; LIBERTY MUTUAL**
**INSURANCE, FICTITIOUS**
**DEFENDANTS X, Y, AND Z**                                            **DEFENDANTS**

## FINAL JUDGMENT

In consideration of the Stipulation of Dismissal with Prejudice [62] filed on April 22, 2015, this matter is fully and finally **DISMISSED with prejudice**.

SO ORDERED, this 19th day of May, 2015.

                                                                           **/s/ Debra M. Brown**
                                                                           **UNITED STATES DISTRICT JUDGE**